UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> TECHNIUS LTD., d/b/a stripchat.com, <br><br> Defendant. | No. 2:24-cv-00714-JRG <br><br> **JURY TRIAL DEMANDED** |

**WAG ACQUISITION, L.L.C.'S NOTICE OF
COMPLIANCE WITH P.R. 3-1 AND P.R. 3.2**

Plaintiff WAG Acquisition, L.L.C. respectfully notifies the Court that it has complied with the Court's Order Setting Scheduling Conference (Dkt. 12) by serving its P.R. 3-1 and 3-2 Infringement Contentions on all counsel of record for Defendant Technius Ltd., d/b/a stripchat.com, via electronic mail on March 12, 2025.

Date: March 12, 2025                                        Respectfully submitted,

                                                            By: */s/ Ronald Abramson*
                                                            Wasif H. Qureshi
                                                            wqureshi@jw.com
                                                            **JACKSON WALKER LLP**
                                                            1401 McKinney, Suite 1900
                                                            Houston, Texas  77010
                                                            Telephone:  (713) 752-4521

David G. Liston (admitted *pro hac vice*)
david.liston@listonabramson.com
Ronald Abramson (admitted *pro hac vice*)
ron.abramson@listonabramson.com
Liston Abramson LLP
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174
212-257-1630

**COUNSEL FOR WAG ACQUISITION, L.L.C.**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the Court's electronic case filing system, and thus the foregoing document has been electronically served on counsel of record.

                                                                                      By: */s/ Ronald Abramson*
                                                                                      Ronald Abramson