AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| WAG ACQUISITION, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-CV-00714 |
| TECHNIUS LTD. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Technius Ltd.                                                                                       .

Date:      03/13/2025

/s/ Benjamin Deming
*Attorney's signature*

Benjamin Deming (TX 24091778)
*Printed name and bar number*

3232 McKinney Ave
Suite 500
Dallas, Texas 75204

*Address*

bdeming@dnlzito.com
*E-mail address*

(214) 799-1145
*Telephone number*

*FAX number*