UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>  Plaintiff,<br><br>v.<br><br>TECHNIUS LTD.,<br><br>  Defendant. | No. 2:24-cv-00714-JRG |

**DEFENDANT'S NOTICE OF COMPLIANCE RE DISCOVERY DISCLOSURES**

Defendant Technius Ltd. notifies the Court that on May 7, 2025, Defendant served its Invalidity Contentions and Subject Matter Eligibility Contentions as required by the Docket Control Order (ECF 19).

Dated: May 8, 2025

/s/ Benjamin C. Deming    .
Benjamin C. Deming
bdeming@dnlzito.com
**DNLZITO**
3232 McKinney Ave #500
Dallas, TX 75204
T: 214-799-1145

Joseph J. Zito
jzito@dnlzito.com
Erik N. Lund
elund@dnlzito.com
**DNLZITO**
1250 Connecticut Avenue, NW #700
Washington, DC 20036
T: 202-466-3500

***ATTORNEYS FOR DEFENDANT TECHNIUS LTD.***

- 2 -

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on May 8, 2025, the undersigned served the foregoing document by the Court's CM/ECF electronic transmission on all counsel of record in this case.

By: */s/ Benjamin C. Deming* .
Benjamin C. Deming