# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WAG ACQUISITION, L.L.C., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00714-JRG |
| | § | |
| TECHNIUS LTD. d/b/a | § | |
| STRIPCHAT.COM, | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

Before the Court is Defendant Technius Ltd. d/b/a stripchat.com's ("Defendant") Unopposed Motion for Oral Hearing (the "Motion"). (Dkt. No. 29.) In the Motion, Defendant asks the Court to set an oral hearing on its Motion to Dismiss for Failure to State a Claim (the "Motion to Dismiss") (Dkt. No. 9). (Dkt. No. 29 at 1.)

Having considered the Motion (Dkt. No. 29), the Court finds that it should be and hereby is **DENIED**.

**So ORDERED and SIGNED this 20th day of May, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE