EXHIBIT 1

**DNLZITO**

Joseph J. Zito
202-466-3500
jzito@dnlzito.com

**BY EMAIL**

September 2, 2025

Ronald Abramson
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, New York 10174
ron.abramson@listonabramson.com
direct:   (212) 257-1643

      Re: :WAG v. Technius: Service of Document Production

Dear Ronald

  This letter is in response to the Court's August 20, 2025 Order on Plaintiff Motion to Compel (Dkt. No. 35).  As you are already aware, subsequent to the briefing and prior to the Court's order, Technius had already produced responsive documents relating to the subject matter of the Order.  That production was labeled TECHNIUS 000308 through TECHNIUS 000362, and was sent to you on July 9, 2025.  Additionally, Technius provided full and complete descriptions of the system architecture in its interrogatory responses served in July.

  Technius is also producing with this letter additional responsive documents labeled TECHNIUS 000363 through TECHNIUS 000396.  Although Technius disagrees that activities occurring after the expiration of the Asserted Patents have any relevance to the issues in this case, the documents are nevertheless being produced pursuant to the Order.

  Additionally, Technius will make its source code available at a time to be agreed upon by the parties.  We understand that some source code for the System as it existed prior to the expiration of the patents has been found, although the code may be incomplete.  The source code is hosted at Technius's headquarters in Cyprus, and will be made available for inspection there by Plaintiff's expert, pursuant to the terms of the protective order in this case.

  As stated previously, the majority of responsive documents that may have once existed are no longer in Technius's possession, custody, or control, due to the many years that have passed between the expiration of the Asserted Patents and the date that your client brought this

DNLZITO

PAGE **2** OF **2**
**SEPTEMBER 2, 2025**

suit. However, Technius continues to make a diligent search of its records and will produce additional responsive documents, if any are located.

                Sincerely,

                Joseph J. Zito
                DNLZITO
                1250 Connecticut Ave, NW #700
                Washington, DC 20036

cc:    David Liston david.liston@listonabramson.com;
        Alex Patchen alex.patchen@listonabramson.com;
        Gina Kim Gina.Kim@listonabramson.com;
        Emily Carlton ecarlton@jw.com;
        Wasif Qureshi wqureshi@jw.com;
        Pam Collins pcollins@jw.com