**EXHIBIT 2**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> TECHNIUS LTD., d/b/a stripchat.com, <br><br> Defendant. | No. 2:24-cv-00714-JRG |

**ORDER ON DEFENDANT'S MOTION FOR
PROTECTIVE ORDER AND PLAINTIFF'S CROSS-
MOTION TO COMPEL AND FOR SANCTIONS**

Before the Court are Defendant Technius Ltd.'s Motion for Protective Order (Dkt. 38) and Plaintiff WAG Acquisition, L.L.C.'s Opposition and Cross-Motion to Compel and for Sanctions (Dkt. 40). Having considered the motions and accompanying submissions and the briefing, and the applicable law, the Court finds that Defendant's Motion should be denied and Plaintiff's Cross-Motion should be granted. Accordingly, it is hereby

**ORDERED**, that**:**

1. Defendants' Motion for Protective Order (Dkt. 38) is **DENIED**. The Court finds that Defendant has failed to show good cause under Fed. R. Civ. P. 26(c) to modify the Protective Order entered April 21, 2025 (Dkt. 26). Paragraph 10(a) of that Order requires that source code inspection occur at "the offices of the producing Party's outside counsel," which the Court clarifies for the avoidance of doubt means *outside counsel of record in this Action*.

2. Plaintiff's Cross-Motion to Compel is **GRANTED**. Defendant shall make its source code

available for inspection *at the offices of its outside counsel of record, in the United States*, on a stand-alone computer consistent with Paragraph 10 of the Protective Order (Dkt. 26). This inspection shall occur on a date to be agreed by the parties which is not later than **seven (7) days** after the date that Plaintiff notifies Defendant as to the availability of its expert for the review.

3. The Court further finds that Defendant has failed to comply with the Court's August 19, 2025 Order (Dkt. 35) compelling production within ten (10) days thereof. Accordingly, Plaintiff is **AWARDED**, as sanctions, pursuant to Fed. R. Civ. P. 37(b) ("Rule 37(b)"), its reasonable attorneys' fees and costs incurred in connection with its Cross-Motion and opposition to Defendant's Motion. Should the parties be unable to agree as to the amount or timing of payment of this award, Plaintiff may file a fee application within **14 days** of this Order, to which Defendant may respond within **7 days** thereafter.

4. The Court **CAUTIONS** Defendant that any further failure to comply with this Order may result in additional sanctions, including but not limited to evidentiary preclusion, adverse inference, or other relief deemed appropriate under Rule 37(b).