# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WAG ACQUISITION, L.L.C., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00714-JRG |
| | § | |
| TECHNIUS LTD. *d/b/a* | § | |
| STRIPCHAT.COM, | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

The Court issues this Order *sua sponte*. On December 04, 2025, the Court ordered the parties to meet and confer and set a hearing for December 12, 2025, in the above-captioned case (Dkt. No. 45). On December 08, 2025, the parties filed the Joint Report Re Order Setting Hearing on Discovery Motions (the "Report"). (Dkt. No. 46). In the Report, the parties inform the Court that they had met and conferred on December 05, 2025. The parties also represent that lead counsel for Plaintiff WAG Acquisition, L.L.C. ("Plaintiff"), Mr. Ronald Abramson, "was unable to attend the meet and confer and will be unable to travel to the hearing" because he "recently underwent non-elective surgery." (*Id*. at 1–2).

Considering these facts, the Court **ORDERS that** Mr. Ronald Abramson shall be **excused** from the parties' meet and confer and from the December 12, 2025 hearing in the above-captioned case. The Court further **ORDERS** Plaintiff to appraise the Court of who will act as lead counsel with decision making authority during the same within two (2) days from the date of this Order.

**So ORDERED and SIGNED this 10th day of December, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE