IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WAG ACQUISITION, L.L.C. | § § | |
| v. | § § | CASE NO. 2:24-cv-00714-JRG |
| TECHNIUS LTD., d/b/a stripchat.com | § § | |

MOTION(s) HEARING MINUTES
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
December 12, 2025

**OPEN: 09:01 AM**                                                                 **ADJOURN: 09:33 AM**

ATTORNEYS FOR PLAINTIFF:           See attached

ATTORNEYS FOR DEFENDANT:       See attached

LAW CLERK:                                        Braden Anderson

COURT REPORTER:                          Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                   Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:01 AM | Court opened. |
| 09:01 AM | Court called for announcements from counsel. |
| 09:02 AM | Court set for today's hearing:<br>• Defendant's Motion for Protective Order (Dkt. No. 38); and,<br>• Plaintiff's Cross-Motion to Compel and For Sanctions (Dkt. No. 40). |
| 09:02 AM | Court began hearing argument. |
| 09:03 AM | Argument presented by (in order of appearance):<br>• Mr. Joseph Zito for Defendant<br>• Ms. Gina Kim for Plaintiff |
| 09:29 AM | Argument concluded. |
| 09:29 AM | Court made rulings as set forth in the record with a written Order to follow. |
| 09:33 AM | Court adjourned. |