

2:24-cv-714-JRG
WAG Acquisition LLC v Technius Ltd
December 12, 2025 at 9:00 AM
Motion(s) Hearing

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Joe Zito | Def. Technius |
| Ben Deming | Def. Technius |
| Gina K. Kim | Plaintiff WAG Acquisition, L.L.C. |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |