UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> TECHNIUS LTD., <br><br> Defendant. | No. 2:24-cv-00714-JRG |

**UNOPPOSED MOTION TO RESET CLAIM CONSTRUCTION HEARING DATE**

Defendant Technius Ltd. hereby respectfully moves the Court to reset the Claim Construction hearing in this case currently set for January 29, 2026.  Lead counsel for Defendant is scheduled to be in Seattle, Washington on January 29, 2026 for a pretrial conference in a separate matter and would be unable to attend the claim construction hearing in this case now set for the same date.

**Relevant Facts**

On December 12, 2025, this Court issued an order resetting the Claim Construction Hearing to January 22, 2026 in Marshall, Texas before Judge Rodney Gilstrap.

On January 13, 2026, this Court issued an order resetting the Claim Construction Hearing to January 29, 2026 in Marshall, Texas before Judge Rodney Gilstrap.

Lead counsel for Defendant in this case (Joseph Zito) is also lead counsel for the defendant in *Valve Corporation v. Rothschild et al.*, No. 2:23-cv-01016-JNW (W.D. Wash.). The *Valve* case is set for a final pre-trial conference on January 29, 2026 in Seattle, Washington.

Attorney Mr. Zito thus has an unavoidable schedule conflict between the newly reset Claim Construction Hearing in this case and the previously-scheduled pre-trial conference in the *Valve* case.  Counsel for Defendant is scheduled to be in trial in the *Valve* case in Washington from February 10 – 20, 2026.

### Request for Relief

Defendant therefore respectfully requests that the Claim Construction Hearing being reset for January 28, 2026 or a different date convenient to the Court.  Defendant is able to attend a rescheduled Claim Construction Hearing in Marshall on January 27 or 28, 2026, or any day the week of February 2 through 6, 2026.

Plaintiff does not oppose the relief sought in this motion, as stated in the Certificate of Conference below.

Dated: January 14, 2026

/s/ *Benjamin C. Deming*
Benjamin C. Deming
bdeming@dnlzito.com
**DNLZITO**
3232 McKinney Ave #500
Dallas, TX 75204
T: 214-799-1145

Joseph J. Zito
jzito@dnlzito.com
Erik N. Lund
elund@dnlzito.com
**DNLZITO**
1250 Connecticut Avenue, NW #700
Washington, DC 20036
T: 202-466-3500

*Attorneys for Defendant Technius LTD.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 14, 2026, the undersigned served the foregoing document by the Court's CM/ECF electronic transmission on all counsel of record in this case.

By: */s/ Benjamin C. Deming*
Benjamin C. Deming

## CERTIFICATE OF CONFERENCE

Defendant certifies that the undersigned counsel has complied with the meet and confer requirement in Local Rule CV-7(h).  Counsel for Plaintiff indicated that Plaintiff does not oppose the Motion.

Dated: January 14, 2026                              By: */s/ Benjamin C. Deming*
                                                      Benjamin C. Deming