**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

WAG ACQUISITION, L.L.C.,

      *Plaintiff*,

v.

TECHNIUS LTD., d/b/a stripchat.com,

      *Defendant*.

§
§
§
§
§
§
§
§

Case No. 2:24-cv-00714-JRG

**ORDER**

Previously, the Court appointed Michael Paul as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Paul's invoice for services through April 25, 2026, in the amount of $8,548.00 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $4,274.00 |
| Defendant: | $4,274.00 |

**SIGNED this 12th day of May, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE