**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| [1]1.P | A method for distributing streaming media via a data communications medium such as the Internet to at least one user system of at least one user, the streaming media comprising a plurality of sequential media data elements for a digitally encoded audio or video program, the user system being assumed to have a user buffer for receiving media data and facilities to play back the streaming media at a playback rate for viewing or listening by said at least one user, said method comprising: | "Because of the high bandwidth and the capability of carrying real-time voice and video, there has been a strong interest in operating Video on Demand (VoD) systems over an ATM [Asynchronous Transfer Mode] network….A VoD system consists of a video source/server, a client including the video decoder/display, and the network over which the video is to be transmitted." Page 779.  Figure 1: A video on demand system using the ATM network. "In this paper, we have proposed a new Fast Buffer Fillup [FBF] scheme for a VoD system for transporting MPEG-2 video over an ATM network using the ABR [Available Bit Rate] service." Page 779. *See also* description of MPEG-2 frames and groups |

[1] Plaintiff has asserted infringement only of claims 1, 6, 8, 10, and 14.  Claim 6, however, depends from "any of claims 1-5," while claim 10 depends from "any of claims 8-9." Thus Defendant understands that claims 2-4, and 9 are not at issue in this case.  In providing these invalidity charts, Defendant provides invalidity contentions only for the combination of dependent and independent claims that have actually been asserted in this case: claim 6, via asserted claim 1 and claim 10 via asserted claim 8.

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| | | of pictures (GoP) on page 780. |
| | | "A VoD system consists of a video source/server, a client including the video decoder/display, and the network over which the video is to be transmitted. The client also need some buffer space to smooth out fluctuations in the data receiving rate from the net- work." Page 779. |
| | | "We consider a Video on Demand system (Figure 1) consisting of a video source/server, the ATM back-bone network and clients with video decoder/display. Video is stored in MPEG-2 compressed format. There are buffers at the client and the server to smooth out fluctuations in the instantaneous data rate of the compressed video and the available bandwidth from the network." Pages 779-80. |
| 1.A | sending initial streaming media elements to the user system at an initial sending rate more rapid than the playback rate, to fill the user buffer; and | "In this paper, we have: proposed a new Fast Buffer Fillup scheme for a VoD system for transporting MPEG-2 video over an ATM network using the ABR service." Page 779. |
| | | "The server negotiates the ABR service parameters with the ATM network during connection setup. These parameters include the PCR (Peak Cell Rate), MCR (Minimum Cell Rate) and ACR (Available Cell Rate). The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client, buffer level goes below $C^C_{min}$. When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video. On receipt of a start or FFW/FBW [Fastforward or Fastbackward] request, the server requests a bandwidth equal to PCR." Page 780. |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| | | "2.5 Fast Buffer Fill-Up Scheme When the client moves from the Stop state to the Playback state . . . the client buffer needs to be filled to $C^C_{min}$, before the start of the display. In order to reduce the startup delay, we propose the FBF scheme where the server attempts to renegotiate a bandwidth of PCR from the network in an attempt to fill up the client buffer in the minimum possible time." Page 780. <br><br> "[T]he startup delay can be minimized simply by requesting a high PCR during connection set up." Page 783. |
| 1.B | configuring the initial streaming media elements so that the amount of said initial elements, and said initial sending rate, are sufficient for the user system to begin playing | "In this paper, we have: proposed a new Fast Buffer Fillup scheme for a VoD system for transporting MPEG-2 video over an ATM network using the ABR service." Page 779. <br><br> "The server negotiates the ABR service parameters with the ATM network during connection setup. These parameters include the PCR (Peak Cell Rate), MCR (Minimum Cell Rate) and ACR (Available Cell Rate). The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client, buffer level goes below $C^C_{min}$. When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video. On receipt of a start or FFW/FBW [Fastforward or Fastbackward] request, the server requests a bandwidth equal to PCR." Page 780. <br><br> "2.5 Fast Buffer Fill-Up Scheme When the client moves from the Stop state to the Playback state . . . the client buffer needs to be filled to $C^C_{min}$, before the start of the display. In order to reduce the startup delay, we propose the FBF scheme where the server attempts to renegotiate a bandwidth of PCR from the network in |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| | | an attempt to fill up the client buffer in the minimum possible time." Page 780.<br><br>"We define the startup delay as the time between the user presses Playback (from the Stop state) to the start, of the video display, or the time between the user presses FFW/FBW to the start of the video. The startup delay (Tu) consists of two puts: a fixed part arising due to the FRTT [Fixed Round Trip Time] of the network and a dynamic part Tl which is required to fill the client buffer to the minimum fill level $C^C_{min}$, as shown in Figure 6." Page 782.<br><br>"When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video." Page 780.<br><br>"Therefore, the client buffer must have a minimum fill level Cg for no underflow while waiting for the new segment of the video to arrive." Page 781.<br><br><br>Figure 4: Illustration of $C_g$ and minimum client buffer size ($C^C_{min}$) for FFW/FBW operation. |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| 1.C | after the user buffer has been filled, sending further streaming media data elements to the user system at about the playback rate; and | "The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client, buffer level goes below $C^C_{min}$. When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video." Page 780.<br><br>"Therefore, the client buffer must have a minimum fill level Cg for no underflow while waiting for the new segment of the video to arrive. During the waiting period, the client consumes video at a rate kX(t) from the client buffer, and the buffer receives video at a rate X ( t ) from the network. Therefore, the client buffer is depleted at a rate (k - l ) X ( t ) during the waiting period.... Since video is sent to the client buffer at the ACR which is approximately equal to the average rate of the video, C, can be approximately expressed by the expected rate as..." Page 781. |
| 1.D | wherein the media data elements is sent at a rate that matches the constant fill rate of a server buffer, and is received at the same rate by the user computer if there are no interruptions in the transmission of media data between the server and the user's computer. | "Since the server sends video at the ACR denoted by ua, for overflow/underflow at the server buffer, the long term dynamic variation of the server buffer accumulation per GoP should be zero." Page 782.<br><br>"The server negotiates the ABR service parameters with the ATM network during connection setup. These parameters include the PCR (Peak Cell Rate), MCR (Minimum Cell Rate) and ACR (Available Cell Rate). The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client buffer level goes below $C^C_{min}$. When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video." Page 780.<br><br>"Because of the high bandwidth and the capability of carrying real-time voice and video, there has been a strong interest in |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| | | operating Video on Demand (VoD) systems over an ATM network." Page 779.<br><br>"The server negotiates the ABR service parameters with the ATM network during connection setup. These parameters include the PCR (Peak Cell Rate), MCR (Minimum Cell Rate) and ACR (Available Cell Rate). The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client, buffer level goes below $C^C_{min}$. When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video." Page 780. |
| | | |
| 6 | The method of any of claims 1-5, wherein the media data elements are encoded at a variable bit rate. | "Compressed video] bit rate depends on the type of video and also varies significantly between frames." Page 779. |
| | | |
| 8.P | A streaming media server for distributing streaming media via a data communications medium such as the Internet to at least one user system of at least one user, the streaming media comprising a plurality of sequential media data elements for a digitally encoded audio or video program, the user system being assumed to have a user buffer for receiving media data and facilities to play back the streaming media at a playback rate for viewing | It is inherent to each AI server that it includes at least one data storage device (such as a hard disk), memory for storing machine-readable executable routines (such as RAM) and for providing a working memory area for routines executing on the server, a central processing unit for executing the machinereadable executable routines, an operating system, at least one connection to the communications medium (e.g., the internet), and a communications system providing a set of communications protocols for communicating over the communications medium (e.g., TCP, WebRTC, QUIC, etc.). It is also inherent that such AI servers will contain machine-readable, |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| | or listening by said at least one user, said server comprising: | executable routines stored in the memory, containing instructions that cause the central processing unit of the AI server to perform the various steps set forth herein. |
| | | Plaintiff alleges that Claim 8 recites substantially the same limitations as method claim 1.  Claim 8 also recites components of a server, including a data storage device, memory, a central processing unit, an operating system, connection to a data communication medium providing communication protocols, and a communications system. These components would have been common to any server as of the '611 patent priority date, including the server disclosed in Zheng. |
| | | A POSITA would have understood Zheng's server disclosure to disclose these components. |
| | | "Because of the high bandwidth and the capability of carrying real-time voice and video, there has been a strong interest in operating Video on Demand (VoD) systems over an ATM [Asynchronous Transfer Mode] network....A VoD system consists of a video source/server, a client including the video decoder/display, and the network over which the video is to be transmitted." Page 779. |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| | | <br><br>Figure 1: A video on demand system using the ATM network.<br><br>"In this paper, we have proposed a new Fast Buffer Fillup [FBF] scheme for a VoD system for transporting MPEG-2 video over an ATM network using the ABR [Available Bit Rate] service." Page 779.<br><br>*See also* description of MPEG-2 frames and groups of pictures (GoP) on page 780.<br><br>"A VoD system consists of a video source/server, a client including the video decoder/display, and the network over which the video is to be transmitted. The client also need some buffer space to smooth out fluctuations in the data receiving rate from the net- work." Page 779.<br><br>"We consider a Video on Demand system (Figure 1) consisting of a video source/server, the ATM back-bone network and clients with video decoder/display. Video is stored in MPEG-2 compressed format. There are buffers at the client and the server to smooth out fluctuations in the instantaneous data rate of the |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---------|--------------------|-------|
| | | compressed video and the available bandwidth from the network." Pages 779-80. |
| 8.A | at least one data storage device, memory for storing machine-readable executable routines and for providing a working memory area for routines executing on the server, a central processing unit for executing the machine-readable executable routines, an operating system, at least one connection to a communications medium, and a communications system providing a set of communications protocols for communicating through said at least one connection; | A POSITA would have understood Zheng's server disclosure to disclose these components. "Because of the high bandwidth and the capability of carrying real-time voice and video, there has been a strong interest in operating Video on Demand (VoD) systems over an ATM [Asynchronous Transfer Mode] network....A VoD system consists of a video source/server, a client including the video decoder/display, and the network over which the video is to be transmitted." Page 779. Figure 1: A video on demand system using the ATM network. "In this paper, we have proposed a new Fast Buffer Fillup [FBF] scheme for a VoD system for transporting MPEG-2 video over an ATM network using the ABR [Available Bit Rate] service." Page 779. |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| | | *See also* description of MPEG-2 frames and groups of pictures (GoP) on page 780.<br><br>"A VoD system consists of a video source/server, a client including the video decoder/display, and the network over which the video is to be transmitted. The client also need some buffer space to smooth out fluctuations in the data receiving rate from the net- work." Page 779.<br><br>"We consider a Video on Demand system (Figure 1) consisting of a video source/server, the ATM back-bone network and clients with video decoder/display. Video is stored in MPEG-2 compressed format. There are buffers at the client and the server to smooth out fluctuations in the instantaneous data rate of the compressed video and the available bandwidth from the network." Pages 779-80. |
| 8.B | a machine-readable, executable routine containing instructions to cause the server to send initial streaming media elements to the user system at an initial sending rate more rapid than the playback rate, to fill the user buffer; and configuring the initial streaming media elements so that the amount of said initial elements, and said initial sending rate, are sufficient for the user system to begin playing back the streaming media while the user buffer continues to fill; and | "In this paper, we have: proposed a new Fast Buffer Fillup scheme for a VoD system for transporting MPEG-2 video over an ATM network using the ABR service." Page 779.<br><br>"The server negotiates the ABR service parameters with the ATM network during connection setup. These parameters include the PCR (Peak Cell Rate), MCR (Minimum Cell Rate) and ACR (Available Cell Rate). The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client, buffer level goes below $C^C_{min}$. When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video. On receipt of a start or FFW/FBW [Fastforward or Fastbackward] request, the server requests a bandwidth equal to PCR." Page 780. |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| | | "2.5 Fast Buffer Fill-Up Scheme When the client moves from the Stop state to the Playback state . . . the client buffer needs to be filled to $C^C_{min}$, before the start of the display. In order to reduce the startup delay, we propose the FBF scheme where the server attempts to renegotiate a bandwidth of PCR from the network in an attempt to fill up the client buffer in the minimum possible time." Page 780.<br><br>"We define the startup delay as the time between the user presses Playback (from the Stop state) to the start, of the video display, or the time between the user presses FFW/FBW to the start of the video. The startup delay (Tu) consists of two puts: a fixed part arising due to the FRTT [Fixed Round Trip Time] of the network and a dynamic part Tl which is required to fill the client buffer to the minimum fill level $C^C_{min}$, as shown in Figure 6." Page 782.<br><br>"When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video." Page 780.<br><br>"Therefore, the client buffer must have a minimum fill level Cg for no underflow while waiting for the new segment of the video to arrive." Page 781. |
| 8.C | machine-readable, executable routine containing instructions to cause the server, after the user buffer has been filled, to send further streaming media data elements to the user system at about the playback rate; and wherein the media data elements is sent at a rate that matches the constant fill rate of a server buffer, and is received at the same rate | "The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client, buffer level goes below $C^C_{min}$. When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video." Page 780.<br><br>"Therefore, the client buffer must have a minimum fill level Cg for no underflow while waiting for the new segment of the video to arrive. During the waiting period, the client consumes video at a |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---------|--------------------|----|
| | by the user computer if there are no interruptions in the transmission of media data between the server and the user's computer. | rate kX(t) from the client buffer, and the buffer receives video at a rate X ( t ) from the network. Therefore, the client buffer is depleted at a rate (k - l ) X ( t ) during the waiting period…. Since video is sent to the client buffer at the ACR which is approximately equal to the average rate of the video, C, can be approximately expressed by the expected rate as…" Page 781 |
| | | "Since the server sends video at the ACR denoted by ua, for overflow/underflow at the server buffer, the long term dynamic variation of the server buffer accumulation per GoP should be zero." Page 782. |
| | | "The server negotiates the ABR service parameters with the ATM network during connection setup. These parameters include the PCR (Peak Cell Rate), MCR (Minimum Cell Rate) and ACR (Available Cell Rate). The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client buffer level goes below $C^C_{min}$. When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video." Page 780. |
| | | "Because of the high bandwidth and the capability of carrying real-time voice and video, there has been a strong interest in operating Video on Demand (VoD) systems over an ATM network." Page 779. |
| | | "The server negotiates the ABR service parameters with the ATM network during connection setup. These parameters include the PCR (Peak Cell Rate), MCR (Minimum Cell Rate) and ACR (Available Cell Rate). The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client, buffer level goes below $C^C_{min}$. When the buffer level |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| | | reaches $C^C_{min}$, the ACR is set to the average rate of the video." Page 780. |
| | | |
| 10 | The streaming media server of any of claims 8-9, wherein the media data elements are encoded at a variable bit rate. | "Compressed video] bit rate depends on the type of video and also varies significantly between frames." Page 779. |
| | | |
| 14 | A non-transitory machine-readable medium on which there has been recorded a computer program for use in operating a streaming media server for distributing streaming media via a data communications medium such as the Internet to at least one user system of at least one user, | The memory which holds the routines of the computer program, be it either RAM or a hard disk, is non-transitory in nature, as known in the art.<br><br>Plaintiff alleges that Claim 14 recites substantially the same limitations as method claim 1. Claim 14 is of analogous scope as claim 1 except it is directed to a "non-transitory machine-readable medium on which there has been recorded a computer program" for operating a server. This, too, is disclosed by Zheng, as a POSITA would have understood the server instructions in Zheng are embodied on a non-transitory machine-readable medium<br><br>A POSITA would have understood Zheng's server disclosure of a server running a program to include a non-transitory machine-readable medium with a recorded computer program.<br><br>"Because of the high bandwidth and the capability of carrying real-time voice and video, there has been a strong interest in operating Video on Demand (VoD) systems over an ATM [Asynchronous Transfer Mode] network....A VoD system consists |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| | | of a video source/server, a client including the video decoder/display, and the network over which the video is to be transmitted." Page 779. Figure 1: A video on demand system using the ATM network. "In this paper, we have proposed a new Fast Buffer Fillup [FBF] scheme for a VoD system for transporting MPEG-2 video over an ATM network using the ABR [Available Bit Rate] service." Page 779. *See also* description of MPEG-2 frames and groups of pictures (GoP) on page 780. |
| **14.A** | the streaming media comprising a plurality of sequential media data elements for a digitally encoded audio or video program, | "Because of the high bandwidth and the capability of carrying real-time voice and video, there has been a strong interest in operating Video on Demand (VoD) systems over an ATM [Asynchronous Transfer Mode] network....A VoD system consists of a video source/server, a client including the video decoder/display, and the network over which the video is to be transmitted." Page 779. |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| | | Figure 1: A video on demand system using the ATM network. "In this paper, we have proposed a new Fast Buffer Fillup [FBF] scheme for a VoD system for transporting MPEG-2 video over an ATM network using the ABR [Available Bit Rate] service." Page 779. *See also* description of MPEG-2 frames and groups of pictures (GoP) on page 780. |
| 14.B | the user system being assumed to have a user buffer for receiving media data and facilities to play back the streaming media at a playback rate for viewing or listening by said at least one user, | "A VoD system consists of a video source/server, a client including the video decoder/display, and the network over which the video is to be transmitted. The client also need some buffer space to smooth out fluctuations in the data receiving rate from the net- work." Page 779. "We consider a Video on Demand system (Figure 1) consisting of a video source/server, the ATM back-bone network and clients with video decoder/display. Video is stored in MPEG-2 compressed format. There are buffers at the client and the server to smooth out fluctuations in the instantaneous data rate of the |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| | | compressed video and the available bandwidth from the network." Pages 779-80. |
| 14.C | said program recorded on said machine readable medium comprising: a routine containing instructions to cause the server to send initial streaming media elements to the user system at an initial sending rate more rapid than the playback rate, to fill the user buffer; and | "In this paper, we have: proposed a new Fast Buffer Fillup scheme for a VoD system for transporting MPEG-2 video over an ATM network using the ABR service." Page 779.<br><br>"The server negotiates the ABR service parameters with the ATM network during connection setup. These parameters include the PCR (Peak Cell Rate), MCR (Minimum Cell Rate) and ACR (Available Cell Rate). The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client, buffer level goes below $C^C_{min}$. When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video. On receipt of a start or FFW/FBW [Fastforward or Fastbackward] request, the server requests a bandwidth equal to PCR." Page 780.<br><br>"2.5 Fast Buffer Fill-Up Scheme When the client moves from the Stop state to the Playback state . . . the client buffer needs to be filled to $C^C_{min}$, before the start of the display. In order to reduce the startup delay, we propose the FBF scheme where the server attempts to renegotiate a bandwidth of PCR from the network in an attempt to fill up the client buffer in the minimum possible time." Page 780.<br><br>"[T]he startup delay can be minimized simply by requesting a high PCR during connection set up." Page 783. |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| 14.D | configuring the initial streaming media elements so that the amount of said initial elements, and said initial sending rate, are sufficient for the user system to begin playing back the streaming media while the user buffer continues to fill; and | "In this paper, we have: proposed a new Fast Buffer Fillup scheme for a VoD system for transporting MPEG-2 video over an ATM network using the ABR service." Page 779.<br><br>"The server negotiates the ABR service parameters with the ATM network during connection setup. These parameters include the PCR (Peak Cell Rate), MCR (Minimum Cell Rate) and ACR (Available Cell Rate). The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client, buffer level goes below $C^C_{min}$. When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video. On receipt of a start or FFW/FBW [Fastforward or Fastbackward] request, the server requests a bandwidth equal to PCR." Page 780.<br><br>"2.5 Fast Buffer Fill-Up Scheme When the client moves from the Stop state to the Playback state . . . the client buffer needs to be filled to $C^C_{min}$, before the start of the display. In order to reduce the startup delay, we propose the FBF scheme where the server attempts to renegotiate a bandwidth of PCR from the network in an attempt to fill up the client buffer in the minimum possible time." Page 780.<br><br>"We define the startup delay as the time between the user presses Playback (from the Stop state) to the start, of the video display, or the time between the user presses FFW/FBW to the start of the video. The startup delay (Tu) consists of two puts: a fixed part arising due to the FRTT [Fixed Round Trip Time] of the network and a dynamic part Tl which is required to fill the client buffer to the minimum fill level $C^C_{min}$, as shown in Figure 6." Page 782. |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---------|---------------------|-------|
| | | "When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video." Page 780.<br><br>"Therefore, the client buffer must have a minimum fill level Cg for no underflow while waiting for the new segment of the video to arrive." Page 781.<br><br><br><br>Figure 4: Illustration of $C_g$ and minimum client buffer size $(C^C_{min})$ for FFW/FBW operation. |
| 14.E | a routine containing instructions to cause the server, after the user buffer has been filled, to send further streaming media data elements to the user system at about the playback rate; and | "The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client, buffer level goes below $C^C_{min}$. When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video." Page 780.<br><br>"Therefore, the client buffer must have a minimum fill level Cg for no underflow while waiting for the new segment of the video to arrive. During the waiting period, the client consumes video at a rate kX(t) from the client buffer, and the buffer receives video at a rate X ( t ) from the network. Therefore, the client buffer is depleted at a rate (k - l ) X ( t ) during the waiting period.... Since video is sent to the client buffer at the ACR which is approximately equal to the average rate of the video, C, can be approximately expressed by the expected rate as..." Page 781. |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Zheng**

| Element | 611 Patent Language | Zheng |
|---|---|---|
| 14.F | wherein the media data elements is sent at a rate that matches the constant fill rate of a server buffer, and is received at the same rate by the user computer if there are no interruptions in the transmission of media data between the server and the user's computer. | "Since the server sends video at the ACR denoted by ua, for overflow/underflow at the server buffer, the long term dynamic variation of the server buffer accumulation per GoP should be zero." Page 782.<br><br>"The server negotiates the ABR service parameters with the ATM network during connection setup. These parameters include the PCR (Peak Cell Rate), MCR (Minimum Cell Rate) and ACR (Available Cell Rate). The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client buffer level goes below $C^C_{min}$. When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video." Page 780.<br><br>"Because of the high bandwidth and the capability of carrying real-time voice and video, there has been a strong interest in operating Video on Demand (VoD) systems over an ATM network." Page 779.<br><br>"The server negotiates the ABR service parameters with the ATM network during connection setup. These parameters include the PCR (Peak Cell Rate), MCR (Minimum Cell Rate) and ACR (Available Cell Rate). The server transmits data at the PCR (or the maximum bandwidth available from the network) when the client, buffer level goes below $C^C_{min}$. When the buffer level reaches $C^C_{min}$, the ACR is set to the average rate of the video." Page 780. |

**EXHIBIT A TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**