**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| [1]1.P | A method for distributing streaming media via a data communications medium such as the Internet to at least one user system of at least one user, the streaming media comprising a plurality of sequential media data elements for a digitally encoded audio or video program, the user system being assumed to have a user buffer for receiving media data and facilities to play back the streaming media at a playback rate for viewing or listening by said at least one user, said method comprising: | 4:65-5:16: "FIG. 1 represents schematically the overall system. The client machine (20) is the computer upon which a user types his commands, for example, a PC (Personal Computer) which may have a relatively low end integrated circuit microprocessor such as an Intel (TM) 386 processor, although any type of PC may be used. The user wishes to retrieve multimedia files from the server (21) via data connections and over a computer network. The client machine (20) has three interacting processes: the client agent (30) which interfaces with the network interface (3) and the multimedia application (4) in the client machine. For example, the server (21) may be a workstation such as a Sun (TM) workstation or IBM PC Server 300 and having a high throughput and storage capability, for example, using a disk array. A typical multimedia application is the playback of a full-motion video clip. The network, for example, may be an Ethernet (bus network topology) which may be implemented with coaxial wiring and 1000-3000 feet between nodes, or a Token Ring system (high speed token that checks in at each node, available from IBM)." <br><br> 5:34-44: "The interactions between the server control (1) and the client agent (30) go through the network connecting the two machines. The network interface (2) in the server (21) and the network interface (3) in the client machine (20) support network connectivity. Specifically, the present embodiment uses two logical connections. The control channel (5) serves to exchange |

---

[1] Plaintiff has asserted infringement only of claims 1, 6, 8, 10, and 14.  Claim 6, however, depends from "any of claims 1-5," while claim 10 depends from "any of claims 8-9." Thus Defendant understands that claims 2-4, and 9 are not at issue in this case.  In providing these invalidity contentions, Defendant provides invalidity contentions only for the combination of dependent and independent claims that have actually been asserted in this case: claim 6, via asserted claim 1 and claim 10 via asserted claim 8.

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | control messages. The data channel (6) serves to transmit multimedia data from the server (1) to the client agent (30). One possible implementation would use a reliable TCP protocol line for the control channel, and a fast and mostly reliable UDP protocol for the data channel."<br><br>2:34-42: "Today's prevalent computer networks use statistical multiplexing for transmission. This process "packetizes", i.e., divides data into segments so that it can be transmitted within and between computers. The data, in packet format, can then be transmitted through a series of store-and-forward operations, because the packet contains a "header", which is a set of bytes identifying the packet and usually identifying its destination, i.e., the identity of the computer to which it should be transmitted."<br><br>3:59-60: "In the preferred embodiment the server transmits the multimedia file in the form of digital data packets."<br><br>6:55-7:2: "FIG. 3 schematically represents the structure of the packet buffer (33). Each data packet contains a packet header (53) and the multimedia data (60). The packet header (53) should contain at least the following five elements of information (54):<br><br>Pkt. Seq. No: a unique packet sequence number<br><br>Frame No.: the video frame number to which the data in the packet belongs<br><br>InFrame Seq. No: the sequence number of the packets within the same frame, e.g., 1 is for the first packet of a video frame, 2 the second, and so on, and 0 is the last packet of the frame<br><br>Offset: file offset of the first data byte in the packet |

WAG v. Technius, Case No. 2:24-cv-00714 TXED                                    Appendix B, Page 2

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | Size: the number of data bytes in this packet." |
| | | 5:45-67: "FIG. 2 schematically represents the preferred detailed structure of the client agent (30). As depicted in FIG. 1, the client agent (30) interfaces with the network interface (3) and the multimedia application (4). Two execution paths exist, one for data and one for control messages. The data execution path starts from the data receiver (32), which receives incoming data packets from the network. Then the data receiver (32) signals the buffer manager (38) to place the data packets properly into the structure of the |
| | | packet buffer (33). The application interface (35) accesses the multimedia application 4 and translates its commands to the client controller 36. The output processor (34) delivers data to the multimedia application 4. The packet buffer (33) stores data packets until the multimedia application requests that they be delivered to the multimedia application (4). If the packet buffer (33) does not have the requested data available, the client controller (36) signals the command processor (37) to send a command packet (a packet of information making a specific request) to the server control (1 in FIG. 1) for immediate retrieval of the requested data. The command processor (37) sends out the command packet via the control channel (5 in FIG. 1) and through the network interface (3)." |
| | | 8:16-32: "FIG. 4 schematically illustrates the preferred frame-level pacing based on the essential timing information which is specified in multimedia files. Ideally, the client agent (30) should play out multimedia streams, including audio and video, in certain periodic patterns. In motion video the picture resolution |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | (or clarity) and the motion smoothness constitute the two most important quality factors. Motion smoothness relates directly to the playback frame rate, i.e., the number of frames played in a second. The NTSC signal specification (an American standard) is a frame rate of 30 frames per second, while PAL (a European standard) is 25 frames per second. Slightly lower frame rates, due to the constraints of capturing and/or decompression processes, are common and may be acceptable. Smooth playback also requires playing back frames at fixed intervals, i.e., the frame time, to ensure motion smoothness and picture quality."<br><br>Chen File History, QVS Client Server Protocol at p. ChenFH87: "The starting playout rate at initialization is set to the specification in the file, it available, or to the default value of 30 or 25 f/s for NTSC and PAL, respectively. Such setting of the initial playout rate ensures no starving situation." |
| 1.A | sending initial streaming media elements to the user system at an initial sending rate more rapid than the playback rate, to fill the user buffer; and | 6:1-15: "The buffer manager (38) manages the structure of the data in the packet buffer (33). FIG. 3 describes in detail the structure of the packet buffer (33). As to the amount of data, ideally the packet buffer (33) should have enough data: (i) to minimize the possibility of not having the requested data, and (ii) still have enough free buffer space (memory space) to receive new data packets. "Water Marks" regulate the server's transmission rate thereby balancing between these two conflicting factors. Three transmission modes are defined: NORMAL, RUSH, and PAUSE. Based on the amount of data in the packet buffer (33) the client agent (30) decides which is the appropriate mode. When a change occurs, the client agent (30) |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | informs the server control (1). The client agent (30) changes the transmission mode based on a series of rules, explained below." |
| | | 6:40-54: "Transmission enters PAUSE mode when the amount of data exceeds the high water mark, i.e., there is too much data in the client agent packet buffer (33). Transmission occurs in RUSH mode when the amount of data falls below the lower water mark, i.e., there is not enough data in the client agent packet buffer (33). The client agent (30) sends a "NORMAL-TO-RUSH" command if the amount of data decreases below the low water mark. The client agent (30) sends a "NORMAL-TO-PAUSE" command if the amount of data increases above the high water mark. The client agent sends a "PAUSE-TO-NORMAL" command if the amount of data decreases from above to below the high water mark. The client agent (30) sends a "RUSH-TO-NORMAL" command if the amount of data increases from below the lower water mark to above the low water mark." |
| | | Chen File history QVS Client Server Protocol p. ChenFH86: |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | <br><br>As shown directly above: "Rush mode: transmit data as fast as possible"; "Normal mode: transmit data according to time and player's playout rate" |
| 1.B | configuring the initial streaming media elements so that the amount of said initial | 5:45-67: "The buffer manager (38) manages the structure of the data in the packet buffer (33). FIG. 3 describes in detail the structure of the packet buffer (33). As to the amount of data, |

WAG v. Technius, Case No. 2:24-cv-00714 TXED                                    Appendix B, Page 6

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
|  | elements, and said initial sending rate, are sufficient for the user system to begin playing | ideally the packet buffer (33) should have enough data: (i) to minimize the possibility of not having the requested data, and (ii) still have enough free buffer space (memory space) to receive new data packets. "Water Marks" regulate the server's transmission rate thereby balancing between these two conflicting factors. Three transmission modes are defined: NORMAL, RUSH, and PAUSE. Based on the amount of data in the packet buffer (33) the client agent (30) decides which is the appropriate mode. When a change occurs, the client agent (30) informs the server control (1). The client agent (30) changes the transmission mode based on a series of rules, explained below."<br><br>Also, see descriptions of NORMAL and RUSH modes as shown at Chen File History – QVS Client Server p. ChenFH86. |
| 1.C | after the user buffer has been filled, sending further streaming media data elements to the user system at about the playback rate; and | 4:10-13: "Secondly, the present invention uses the timing information in the index file to (i) ensure transmission of a video frame in a frame time under normal circumstances, e.g., 30 frames per second, …"<br><br>5:45-67: "The buffer manager (38) manages the structure of the data in the packet buffer (33). FIG. 3 describes in detail the structure of the packet buffer (33). As to the amount of data, ideally the packet buffer (33) should have enough data: (i) to minimize the possibility of not having the requested data, and (ii) still have enough free buffer space (memory space) to receive new data packets. "Water Marks" regulate the server's transmission rate thereby balancing between these two conflicting factors. Three transmission modes are defined: NORMAL, RUSH, and PAUSE. Based on the amount of data in the packet buffer (33) the client agent (30) decides which is the |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | appropriate mode. When a change occurs, the client agent (30) informs the server control (1). The client agent (30) changes the transmission mode based on a series of rules, explained below." |
| | | 6:28-32: "In the just-in-time retrieval method, when the amount of data falls 30 between the water marks, transmission occurs in NORMAL mode. In the present invention the transmission should be in NORMAL mode most of the time." |
| | | 6:52-54: "The client agent (30) sends a "RUSH-TO-NORMAL" command if the amount of data increases from below the lower water mark to above the low water mark." |
| | | 10:3-4: "The NORMAL mode executes frame level pacing…" |
| | | Chen File history QVS Client Server Protocol p. ChenFH86: |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | <br><br>As shown directly above: "Rush mode: transmit data as fast as possible"; "Normal mode: transmit data according to time and player's playout rate." |
| **1.D** | wherein the media data elements is sent at a rate that matches the constant fill rate of a server buffer, and is received at the same rate by the user computer if there are no | 9:21-30: "The transmission scheduler (13) drives the data flow. Its main tasks include reading data out of the storage subsystem (12), packetization, and packet transmission. It maintains the stream buffer (18) which stores data awaiting transmission. To |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
|  | interruptions in the transmission of media data between the server and the user's computer. | avoid overloading the network and/or the client agent's receiving buffer, the transmission scheduler (13) properly schedules the data execution path, by considering the timing specification in the multimedia files and the timing requirements of the applications."<br><br>Claim 42: "42. The system of claim 33 wherein the server computer has a stream buffer means for storing data of 1-5 video frames of the video file . . . ."<br><br>6:16-39: "In the present invention the transmission should be in NORMAL mode most of the time. For example, the packet buffer will normally store 1-5 frames of video. In this mode the server (1) paces its transmission so that the data for a single video frame is transmitted in the time of a single video frame (normally 1/30 second), as FIG. 6 will discuss in detail. Transmission occurs very efficiently in this NORMAL mode because no need exists for the client agent (30) to send periodic feedback to the server control (1)." |
|  |  |  |
| 6 | The method of any of claims 1-5, wherein the media data elements are encoded at a variable bit rate. | 8:43-54: "Instead of focusing upon the average data rate, which only indirectly times data flow, the present invention provides a method for utilizing the most direct timing measure, the video frame rate. As depicted in FIG. 4, the server control (64) uses the timing information (66) in a multimedia file (61) to pace its transmission. The data in one frame is transmitted in one frame interval (frame time), as depicted by the frame data (65) and the frame time (67). The timing information may be extracted beforehand or on the fly (during multimedia file transmission). |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
|  |  | The frame size may differ, for example, one frame may be 10K bits and the next frame 25K bits; but each is transmitted in an equal frame time, for example, each is transmitted in 1/30 second." |
|  |  |  |
| 8.P | A streaming media server for distributing streaming media via a data communications medium such as the Internet to at least one user system of at least one user, the streaming media comprising a plurality of sequential media data elements for a digitally encoded audio or video program, the user system being assumed to have a user buffer for receiving media data and facilities to play back the streaming media at a playback rate for viewing or listening by said at least one user, said server comprising: | Plaintiff admits that the claim is "directed to a server that operates as in claim 1."

See claim 1, above.

It is inherent to each AI server that it includes at least one data storage device (such as a hard disk), memory for storing machine-readable executable routines (such as RAM) and for providing a working memory area for routines executing on the server, a central processing unit for executing the machine-readable executable routines, an operating system, at least one connection to the communications medium (e.g., the internet), and a communications system providing a set of communications protocols for communicating over the communications medium (e.g., TCP, WebRTC, QUIC, etc.). It is also inherent that such AI servers will contain machine-readable, executable routines stored in the memory, containing instructions that cause the central processing unit of the AI server to perform the various steps set forth herein.

This element is also taught by Chen and Chen FH.

4:65-5:16: "FIG. 1 represents schematically the overall system. The client machine (20) is the computer upon which a user types his commands, for example, a PC (Personal Computer) which |

WAG v. Technius, Case No. 2:24-cv-00714 TXED                                    Appendix B, Page 11

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | may have a relatively low end integrated circuit microprocessor such as an Intel (TM) 386 processor, although any type of PC may be used. The user wishes to retrieve multimedia files from the server (21) via data connections and over a computer network. The client machine (20) has three interacting processes: the client agent (30) which interfaces with the network interface (3) and the multimedia application (4) in the client machine. For example, the server (21) may be a workstation such as a Sun (TM) workstation or IBM PC Server 300 and having a high throughput and storage capability, for example, using a disk array. A typical multimedia application is the playback of a full-motion video clip. The network, for example, may be an Ethernet (bus network topology) which may be implemented with coaxial wiring and 1000-3000 feet between nodes, or a Token Ring system (high speed token that checks in at each node, available from IBM)."<br><br>5:34-44: "The interactions between the server control (1) and the client agent (30) go through the network connecting the two machines. The network interface (2) in the server (21) and the network interface (3) in the client machine (20) support network connectivity. Specifically, the present embodiment uses two logical connections. The control channel (5) serves to exchange control messages. The data channel (6) serves to transmit multimedia data from the server (1) to the client agent (30). One possible implementation would use a reliable TCP protocol line for the control channel, and a fast and mostly reliable UDP protocol for the data channel.<br><br>2:34-42: "Today's prevalent computer networks use statistical multiplexing for transmission. This process "packetizes", i.e., divides data into segments so that it can be transmitted within |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | and between computers. The data, in packet format, can then be transmitted through a series of store-and-forward operations, because the packet contains a "header", which is a set of bytes identifying the packet and usually identifying its destination, i.e., the identity of the computer to which it should be transmitted."<br><br>3:59-60: "In the preferred embodiment the server transmits the multimedia file in the form of digital data packets."<br><br>6:55-7:2: "FIG. 3 schematically represents the structure of the packet buffer (33). Each data packet contains a packet header (53) and the multimedia data (60). The packet header (53) should contain at least the following five elements of information (54):<br><br>Pkt. Seq. No: a unique packet sequence number<br><br>Frame No.: the video frame number to which the data in the packet belongs<br><br>InFrame Seq. No: the sequence number of the packets within the same frame, e.g., 1 is for the first packet of a video frame, 2 the second, and so on, and 0 is the last packet of the frame<br><br>Offset: file offset of the first data byte in the packet<br><br>Size: the number of data bytes in this packet."<br><br>5:45-67: "FIG. 2 schematically represents the preferred detailed structure of the client agent (30). As depicted in FIG. 1, the client agent (30) interfaces with the network interface (3) and the multimedia application (4). Two execution paths exist, one for data and one for control messages. The data execution path starts from the data receiver (32), which receives incoming data packets from the network. Then the data receiver (32) signals the |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | buffer manager (38) to place the data packets properly into the structure of the packet buffer (33). The application interface (35) accesses the multimedia application 4 and translates its commands to the client controller 36. The output processor (34) delivers data to the multimedia application 4. The packet buffer (33) stores data packets until the multimedia application requests that they be delivered to the multimedia application (4). If the packet buffer (33) does not have the requested data available, the client controller (36) signals the command processor (37) to send a command packet (a packet of information making a specific request) to the server control (1 in FIG. 1) for immediate retrieval of the requested data. The command processor (37) sends out the command packet via the control channel (5 in FIG. 1) and through the network interface (3)."<br><br>8:16-32: "FIG. 4 schematically illustrates the preferred frame-level pacing based on the essential timing information which is specified in multimedia files. Ideally, the client agent (30) should play out multimedia streams, including audio and video, in certain periodic patterns. In motion video the picture resolution (or clarity) and the motion smoothness constitute the two most important quality factors. Motion smoothness relates directly to the playback frame rate, i.e., the number of frames played in a second. The NTSC signal specification (an American standard) is a frame rate of 30 frames per second, while PAL (a European standard) is 25 frames per second. Slightly lower frame rates, due to the constraints of capturing and/or decompression processes, are common and may be acceptable. Smooth playback also requires playing back frames at fixed intervals, i.e., |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | the frame time, to ensure motion smoothness and picture quality." |
| | | Chen File History, QVS Client Server Protocol at p. ChenFH87: "The starting playout rate at initialization is set to the specification in the file, it available, or to the default value of 30 or 25 f/s for NTSC and PAL, respectively. Such setting of the initial playout rate ensures no starving situation." |
| 8.A | at least one data storage device, memory for storing machine-readable executable routines and for providing a working memory area for routines executing on the server, a central processing unit for executing the machine-readable executable routines, an operating system, at least one connection to a communications medium, and a communications system providing a set of communications protocols for communicating through said at least one connection; | 4:65-5:16: "FIG. 1 represents schematically the overall system. The client machine (20) is the computer upon which a user types his commands, for example, a PC (Personal Computer) which may have a relatively low end integrated circuit microprocessor such as an Intel (TM) 386 processor, although any type of PC may be used. The user wishes to retrieve multimedia files from the server (21) via data connections and over a computer network. The client machine (20) has three interacting processes: the client agent (30) which interfaces with the network interface (3) and the multimedia application (4) in the client machine. For example, the server (21) may be a workstation such as a Sun (TM) workstation or IBM PC Server 300 and having a high throughput and storage capability, for example, using a disk array. A typical multimedia application is the playback of a full-motion video clip. The network, for example, may be an Ethernet (bus network topology) which may be implemented with coaxial wiring and 1000-3000 feet between nodes, or a Token Ring system (high speed token that checks in at each node, available from IBM)." |
| | | 5:34-44: "The interactions between the server control (1) and the client agent (30) go through the network connecting the two machines. The network interface (2) in the server (21) and the |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | network interface (3) in the client machine (20) support network connectivity. Specifically, the present embodiment uses two logical connections. The control channel (5) serves to exchange control messages. The data channel (6) serves to transmit multimedia data from the server (1) to the client agent (30). One possible implementation would use a reliable TCP protocol line for the control channel, and a fast and mostly reliable UDP protocol for the data channel." |
| 8.B | a machine-readable, executable routine containing instructions to cause the server to send initial streaming media elements to the user system at an initial sending rate more rapid than the playback rate, to fill the user buffer; and configuring the initial streaming media elements so that the amount of said initial elements, and said initial sending rate, are sufficient for the user system to begin playing back the streaming media while the user buffer continues to fill; and | 6:1-15: "The buffer manager (38) manages the structure of the data in the packet buffer (33). FIG. 3 describes in detail the structure of the packet buffer (33). As to the amount of data, ideally the packet buffer (33) should have enough data: (i) to minimize the possibility of not having the requested data, and (ii) still have enough free buffer space (memory space) to receive new data packets. "Water Marks" regulate the server's transmission rate thereby balancing between these two conflicting factors. Three transmission modes are defined: NORMAL, RUSH, and PAUSE. Based on the amount of data in the packet buffer (33) the client agent (30) decides which is the appropriate mode. When a change occurs, the client agent (30) informs the server control (1). The client agent (30) changes the transmission mode based on a series of rules, explained below."<br><br>6:40-54: "Transmission enters PAUSE mode when the amount of data exceeds the high water mark, i.e., there is too much data in the client agent packet buffer (33). Transmission occurs in RUSH mode when the amount of data falls below the lower water mark, i.e., there is not enough data in the client agent packet buffer (33). The client agent (30) sends a "NORMAL-TO-RUSH" |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | command if the amount of data decreases below the low water mark. The client agent (30) sends a "NORMAL-TO-PAUSE" command if the amount of data increases above the high water mark. The client agent sends a "PAUSE-TO-NORMAL" command if the amount of data decreases from above to below the high water mark. The client agent (30) sends a "RUSH-TO-NORMAL" command if the amount of data increases from below the lower water mark to above the low water mark."<br><br>Chen File history QVS Client Server Protocol p. ChenFH86: |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|

As shown directly above: "Rush mode: transmit data as fast as possible"; "Normal mode: transmit data according to time and player's playout rate"

5:45-67: "The buffer manager (38) manages the structure of the data in the packet buffer (33). FIG. 3 describes in detail the structure of the packet buffer (33). As to the amount of data, ideally the packet buffer (33) should have enough data: (i) to minimize the possibility of not having the requested data, and (ii)

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---------|---------------------|------------------|
|  |  | still have enough free buffer space (memory space) to receive new data packets. "Water Marks" regulate the server's transmission rate thereby balancing between these two conflicting factors. Three transmission modes are defined: NORMAL, RUSH, and PAUSE. Based on the amount of data in the packet buffer (33) the client agent (30) decides which is the appropriate mode. When a change occurs, the client agent (30) informs the server control (1). The client agent (30) changes the transmission mode based on a series of rules, explained below." <br><br> Also, see descriptions of NORMAL and RUSH modes as shown at Chen File History – QVS Client Server p. ChenFH86. |
| 8.C | machine-readable, executable routine containing instructions to cause the server, after the user buffer has been filled, to send further streaming media data elements to the user system at about the playback rate; and wherein the media data elements is sent at a rate that matches the constant fill rate of a server buffer, and is received at the same rate by the user computer if there are no interruptions in the transmission of media data between the server and the user's computer. | 4:10-13: "Secondly, the present invention uses the timing information in the index file to (i) ensure transmission of a video frame in a frame time under normal circumstances, e.g., 30 frames per second, ..." <br><br> 5:45-67: "The buffer manager (38) manages the structure of the data in the packet buffer (33). FIG. 3 describes in detail the structure of the packet buffer (33). As to the amount of data, ideally the packet buffer (33) should have enough data: (i) to minimize the possibility of not having the requested data, and (ii) still have enough free buffer space (memory space) to receive new data packets. "Water Marks" regulate the server's transmission rate thereby balancing between these two conflicting factors. Three transmission modes are defined: NORMAL, RUSH, and PAUSE. Based on the amount of data in the packet buffer (33) the client agent (30) decides which is the appropriate mode. When a change occurs, the client agent (30) |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---------|--------------------|--------------------|
| | | informs the server control (1). The client agent (30) changes the transmission mode based on a series of rules, explained below." |
| | | 6:28-32: "In the just-in-time retrieval method, when the amount of data falls 30 between the water marks, transmission occurs in NORMAL mode. In the present invention the transmission should be in NORMAL mode most of the time." |
| | | 6:52-54: "The client agent (30) sends a "RUSH-TO-NORMAL" command if the amount of data increases from below the lower water mark to above the low water mark." |
| | | 10:3-4: "The NORMAL mode executes frame level pacing…" |
| | | Chen File history QVS Client Server Protocol p. ChenFH86: |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | As shown directly above: "Rush mode: transmit data as fast as possible"; "Normal mode: transmit data according to time and player's playout rate" |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| 10 | The streaming media server of any of claims 8-9, wherein the media data elements are encoded at a variable bit rate. | 8:43-54: "Instead of focusing upon the average data rate, which only indirectly times data flow, the present invention provides a method for utilizing the most direct timing measure, the video frame rate. As depicted in FIG. 4, the server control (64) uses the timing information (66) in a multimedia file (61) to pace its transmission. The data in one frame is transmitted in one frame interval (frame time), as depicted by the frame data (65) and the frame time (67). The timing information may be extracted beforehand or on the fly (during multimedia file transmission). The frame size may differ, for example, one frame may be 10K bits and the next frame 25K bits; but each is transmitted in an equal frame time, for example, each is transmitted in 1/30 second." |
| | | |
| 14 | A non-transitory machine-readable medium on which there has been recorded a computer program for use in operating a streaming media server for distributing streaming media via a data communications medium such as the Internet to at least one user system of at least one user, | Plaintiff admits that the claim is "directed to computer recorded medium executable to operate a server as in claims 1 and 8."<br><br>See claims 1 and 8, above.<br><br>The memory which holds the routines of the computer program, be it either RAM or a hard disk, is non-transitory in nature, as known in the art.<br><br>4:65-5:16: "FIG. 1 represents schematically the overall system. The client machine (20) is the computer upon which a user types his commands, for example, a PC (Personal Computer) which may have a relatively low end integrated circuit microprocessor such as an Intel (TM) 386 processor, although any type of PC may be used. The user wishes to retrieve multimedia files from the |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | server (21) via data connections and over a computer network. The client machine (20) has three interacting processes: the client agent (30) which interfaces with the network interface (3) and the multimedia application (4) in the client machine. For example, the server (21) may be a workstation such as a Sun (TM) workstation or IBM PC Server 300 and having a high throughput and storage capability, for example, using a disk array. A typical multimedia application is the playback of a full-motion video clip. The network, for example, may be an Ethernet (bus network topology) which may be implemented with coaxial wiring and 1000-3000 feet between nodes, or a Token Ring system (high speed token that checks in at each node, available from IBM)." <br><br> 5:34-44: "The interactions between the server control (1) and the client agent (30) go through the network connecting the two machines. The network interface (2) in the server (21) and the network interface (3) in the client machine (20) support network connectivity. Specifically, the present embodiment uses two logical connections. The control channel (5) serves to exchange control messages. The data channel (6) serves to transmit multimedia data from the server (1) to the client agent (30). One possible implementation would use a reliable TCP protocol line for the control channel, and a fast and mostly reliable UDP protocol for the data channel. |
| 14.A | the streaming media comprising a plurality of sequential media data elements for a digitally encoded audio or video program, | 2:34-42: "Today's prevalent computer networks use statistical multiplexing for transmission. This process "packetizes", i.e., divides data into segments so that it can be transmitted within and between computers. The data, in packet format, can then be transmitted through a series of store-and-forward operations, |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | because the packet contains a "header", which is a set of bytes identifying the packet and usually identifying its destination, i.e., the identity of the computer to which it should be transmitted." <br><br> 3:59-60: "In the preferred embodiment the server transmits the multimedia file in the form of digital data packets." <br><br> 6:55-7:2: "FIG. 3 schematically represents the structure of the packet buffer (33). Each data packet contains a packet header (53) and the multimedia data (60). The packet header (53) should contain at least the following five elements of information (54): <br><br> Pkt. Seq. No: a unique packet sequence number <br><br> Frame No.: the video frame number to which the data in the packet belongs <br><br> InFrame Seq. No: the sequence number of the packets within the same frame, e.g., 1 is for the first packet of a video frame, 2 the second, and so on, and 0 is the last packet of the frame <br><br> Offset: file offset of the first data byte in the packet <br><br> Size: the number of data bytes in this packet." |
| 14.B | the user system being assumed to have a user buffer for receiving media data and facilities to play back the streaming media at a playback rate for viewing or listening by said at least one user, | 5:45-67: "FIG. 2 schematically represents the preferred detailed structure of the client agent (30). As depicted in FIG. 1, the client agent (30) interfaces with the network interface (3) and the multimedia application (4). Two execution paths exist, one for data and one for control messages. The data execution path starts from the data receiver (32), which receives incoming data packets from the network. Then the data receiver (32) signals the buffer manager (38) to place the data packets properly into the structure of the packet buffer (33). The application interface (35) |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | accesses the multimedia application 4 and translates its commands to the client controller 36. The output processor (34) delivers data to the multimedia application 4. The packet buffer (33) stores data packets until the multimedia application requests that they be delivered to the multimedia application (4). If the packet buffer (33) does not have the requested data available, the client controller (36) signals the command processor (37) to send a command packet (a packet of information making a specific request) to the server control (1 in FIG. 1) for immediate retrieval of the requested data. The command processor (37) sends out the command packet via the control channel (5 in FIG. 1) and through the network interface (3)."<br><br>8:16-32: "FIG. 4 schematically illustrates the preferred frame-level pacing based on the essential timing information which is specified in multimedia files. Ideally, the client agent (30) should play out multimedia streams, including audio and video, in certain periodic patterns. In motion video the picture resolution (or clarity) and the motion smoothness constitute the two most important quality factors. Motion smoothness relates directly to the playback frame rate, i.e., the number of frames played in a second. The NTSC signal specification (an American standard) is a frame rate of 30 frames per second, while PAL (a European standard) is 25 frames per second. Slightly lower frame rates, due to the constraints of capturing and/or decompression processes, are common and may be acceptable. Smooth playback also requires playing back frames at fixed intervals, i.e., the frame time, to ensure motion smoothness and picture quality." |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | Chen File History, QVS Client Server Protocol at p. ChenFH87: "The starting playout rate at initialization is set to the specification in the file, it available, or to the default value of 30 or 25 f/s for NTSC and PAL, respectively. Such setting of the initial playout rate ensures no starving situation." |
| 14.C | said program recorded on said machine readable medium comprising: a routine containing instructions to cause the server to send initial streaming media elements to the user system at an initial sending rate more rapid than the playback rate, to fill the user buffer; and | 6:1-15: "The buffer manager (38) manages the structure of the data in the packet buffer (33). FIG. 3 describes in detail the structure of the packet buffer (33). As to the amount of data, ideally the packet buffer (33) should have enough data: (i) to minimize the possibility of not having the requested data, and (ii) still have enough free buffer space (memory space) to receive new data packets. "Water Marks" regulate the server's transmission rate thereby balancing between these two conflicting factors. Three transmission modes are defined: NORMAL, RUSH, and PAUSE. Based on the amount of data in the packet buffer (33) the client agent (30) decides which is the appropriate mode. When a change occurs, the client agent (30) informs the server control (1). The client agent (30) changes the transmission mode based on a series of rules, explained below."<br><br>6:40-54: "Transmission enters PAUSE mode when the amount of data exceeds the high water mark, i.e., there is too much data in the client agent packet buffer (33). Transmission occurs in RUSH mode when the amount of data falls below the lower water mark, i.e., there is not enough data in the client agent packet buffer (33). The client agent (30) sends a "NORMAL-TO-RUSH" command if the amount of data decreases below the low water mark. The client agent (30) sends a "NORMAL-TO-PAUSE" command if the amount of data increases above the high water |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | mark. The client agent sends a "PAUSE-TO-NORMAL" command if the amount of data decreases from above to below the high water mark. The client agent (30) sends a "RUSH-TO-NORMAL" command if the amount of data increases from below the lower water mark to above the low water mark." <br><br> Chen File history QVS Client Server Protocol p. ChenFH86: <br><br> |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | As shown directly above: "Rush mode: transmit data as fast as possible"; "Normal mode: transmit data according to time and player's playout rate" |
| 14.D | configuring the initial streaming media elements so that the amount of said initial elements, and said initial sending rate, are sufficient for the user system to begin playing back the streaming media while the user buffer continues to fill; and | 5:45-67: "The buffer manager (38) manages the structure of the data in the packet buffer (33). FIG. 3 describes in detail the structure of the packet buffer (33). As to the amount of data, ideally the packet buffer (33) should have enough data: (i) to minimize the possibility of not having the requested data, and (ii) still have enough free buffer space (memory space) to receive new data packets. "Water Marks" regulate the server's transmission rate thereby balancing between these two conflicting factors. Three transmission modes are defined: NORMAL, RUSH, and PAUSE. Based on the amount of data in the packet buffer (33) the client agent (30) decides which is the appropriate mode. When a change occurs, the client agent (30) informs the server control (1). The client agent (30) changes the transmission mode based on a series of rules, explained below."<br><br>Also, see descriptions of NORMAL and RUSH modes as shown at Chen File History – QVS Client Server p. ChenFH86. |
| 14.E | a routine containing instructions to cause the server, after the user buffer has been filled, to send further streaming media data elements to the user system at about the playback rate; and | 4:10-13: "Secondly, the present invention uses the timing information in the index file to (i) ensure transmission of a video frame in a frame time under normal circumstances, e.g., 30 frames per second, …"<br><br>5:45-67: "The buffer manager (38) manages the structure of the data in the packet buffer (33). FIG. 3 describes in detail the structure of the packet buffer (33). As to the amount of data, ideally the packet buffer (33) should have enough data: (i) to |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | minimize the possibility of not having the requested data, and (ii) still have enough free buffer space (memory space) to receive new data packets. "Water Marks" regulate the server's transmission rate thereby balancing between these two conflicting factors. Three transmission modes are defined: NORMAL, RUSH, and PAUSE. Based on the amount of data in the packet buffer (33) the client agent (30) decides which is the appropriate mode. When a change occurs, the client agent (30) informs the server control (1). The client agent (30) changes the transmission mode based on a series of rules, explained below."<br><br>6:28-32: "In the just-in-time retrieval method, when the amount of data falls 30 between the water marks, transmission occurs in NORMAL mode. In the present invention the transmission should be in NORMAL mode most of the time."<br><br>6:52-54: "The client agent (30) sends a "RUSH-TO-NORMAL" command if the amount of data increases from below the lower water mark to above the low water mark."<br><br>10:3-4: "The NORMAL mode executes frame level pacing..."<br><br>Chen File history QVS Client Server Protocol p. ChenFH86: |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | | <br><br>As shown directly above: "Rush mode: transmit data as fast as possible"; "Normal mode: transmit data according to time and player's playout rate" |
| 14.F | wherein the media data elements is sent at a rate that matches the constant fill rate of a server buffer, and is received at the same rate by the user computer if there are no | 9:21-30: "The transmission scheduler (13) drives the data flow. Its main tasks include reading data out of the storage subsystem (12), packetization, and packet transmission. It maintains the stream buffer (18) which stores data awaiting transmission. To avoid overloading the network and/or the client agent's receiving |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**

**Preliminary Invalidity Contentions**
**US Patent No. 8,185,611 v. Chen and Chen FH**

| Element | 611 Patent Language | Chen and Chen FH |
|---|---|---|
| | interruptions in the transmission of media data between the server and the user's computer. | buffer, the transmission scheduler (13) properly schedules the data execution path, by considering the timing specification in the multimedia files and the timing requirements of the applications."<br><br>Claim 42: "42. The system of claim 33 wherein the server computer has a stream buffer means for storing data of 1-5 video frames of the video file . . . ."<br><br>6:16-39: "In the present invention the transmission should be in NORMAL mode most of the time. For example, the packet buffer will normally store 1-5 frames of video. In this mode the server (1) paces its transmission so that the data for a single video frame is transmitted in the time of a single video frame (normally 1/30 second), as FIG. 6 will discuss in detail. Transmission occurs very efficiently in this NORMAL mode because no need exists for the client agent (30) to send periodic feedback to the server control (1)." |

**EXHIBIT B TO OPPOSITION TO MOTION TO STRIKE REPORT OF DR. XIONG**