UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>                          Plaintiff,<br><br>    v.<br><br>TECHNIUS LTD., d/b/a stripchat.com,<br><br>                          Defendant. | No. 2:24-cv-00714-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE REGARDING REFERRAL FOR MEDIATION

In accordance with the First Amended Docket Control Order (*see* DI 61, at 4), Plaintiff

WAG Acquisition, L.L.C. ("Plaintiff" or "WAG") and Defendant Technius Ltd., d/b/a

stripchat.com ("Defendant" or "Technius") (collectively, the "Parties") respectfully submit this

Joint Notice indicating whether the case should be referred for mediation.

The Parties met and conferred on May 13, 2026.   Both sides agree that mediation may be

helpful in this case, with the understanding that the Court referring this case for mediation will

not affect the current case schedule. The Parties are working together to pick a mutually

agreeable mediator for the Court to consider.


Date: May 14, 2026                                        Respectfully submitted,

*/s/ Ronald Abramson*
Ronald Abramson (*pro hac vice*)
  New York Bar No. 1457126
  ron.abramson@listonabramson.com
David G. Liston (*pro hac vice*)
  New York Bar No. 2642049
  david.liston@listonabramson.com
Ari J. Jaffess (*pro hac vice*)
  New York Bar No. 4621397
  ari.jaffess@listonabramson.com
M. Michael Lewis (*pro hac vice*)
  New York Bar No. 4467007
  michael.lewis@listonabramson.com
Gina K. Kim
  Texas Bar No. 24097937
  gina.kim@listonabramson.com
**LISTON ABRAMSON LLP**
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174
212-257-1630

Wasif H. Qureshi
wqureshi@jw.com
**JACKSON WALKER LLP**
1401 McKinney, Suite 1900
Houston, Texas  77010
Telephone:  (713) 752-4521

**COUNSEL FOR WAG ACQUISITION,
L.L.C.**

*/s/ Benjamin C. Deming*
Benjamin C. Deming
bdeming@dnlzito.com
**DNLZITO**
3232 McKinney Ave #500
Dallas, TX 75204
T: 214-799-1145

Joseph J. Zito
jzito@dnlzito.com
Erik N. Lund
elund@dnlzito.com
**DNLZITO**
1250 Connecticut Avenue, NW #700
Washington, DC 20036
T: 202-466-3500

***Attorneys for Defendant Technius LTD.***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned certifies that counsel for WAG met and conferred with counsel for Technius on May 13, 2026. The Parties are in agreement with the content of this Joint Notice.

By:  */s/ Ronald Abramson*
Ronald Abramson

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, I caused the foregoing document to be filed with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the Court's electronic case filing system, and thus the foregoing document has been electronically served on counsel of record.

By:  */s/ Gina K. Kim*
Gina K. Kim